IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| MYRTLE H. JAMES ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION FILE NUMBER |
| v. ) | |
| ) | 3:10-CV-0410 Varlan/Shirley |
| HARTFORD LIFE AND ) | |
| ACCIDENT INSURANCE ) | |
| COMPANY and THE HARTFORD ) | |
| INSURANCE GROUP ) | |
| ) | |
| Defendants ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Now come plaintiff MYRTLE H. JAMES and defendants HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and THE HARTFORD INSURANCE GROUP, a non-entity, through their respective attorneys of record, and stipulate that the above-styled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party shall bear her/its own costs and expenses of litigation.

This 20th day of January, 2011.

[*signatures on following page*]

<table>
<tr><td>s/ *Angela N. Snyder*</td><td>s/ *Elizabeth J. Bondurant*</td></tr>
<tr><td>Angela N. Snyder<br>Tennessee Bar No. 025189</td><td>Elizabeth J. Bondurant<br>Georgia Bar No. 066690</td></tr>
<tr><td></td><td>s/ *Nikole M. Crow*</td></tr>
<tr><td></td><td>Nikole M. Crow<br>Georgia Bar No. 198359<br>[*admitted EDTN 04/17/2009*]</td></tr>
<tr><td>Attorney for Plaintiff</td><td>Attorneys for Defendant</td></tr>
<tr><td>COSTNER & GREENE<br>315 High Street<br>Maryville, Tennessee 37804<br>(865) 983-7642 (telephone)<br>(865) 981-1260 (facsimile)<br>asnyder@costnergreene.com</td><td>SMITH MOORE LEATHERWOOD LLP<br>2300 Atlantic Center Plaza<br>1180 West Peachtree Street<br>Atlanta, Georgia 30309<br>(404) 962-1000 (telephone)<br>(404) 962-1200 (facsimile)<br>lisa.bondurant@smithmoorelaw.com<br>nikole.crow@smithmoorelaw.com</td></tr>
</table>